RONALD L. RICHMAN (SBN 139189)
ADAM THOMAS (SBN 297249)
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA  94104-4146
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:  ron.richman@bullivant.com
         adam.thomas@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>J.G. UNIVERSAL LANDSCAPE, INC., a California corporation,<br><br>                    Defendant. | Case No.: 4:22-cv-02054 KAW<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

1   The underlying matter having been resolved, plaintiffs hereby dismiss this action, in its
2   entirety, without prejudice.
3   DATED: May 26, 2022

BULLIVANT HOUSER BAILEY PC


By  */s/ Ronald L. Richman*
   Ronald L. Richman
   Adam Thomas

Attorneys for Plaintiffs